UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID S. VEATCH, ) | Case No. C11-1838-JCC |
| ) | |
| Plaintiff, ) | REPORT AND RECOMMENDATION |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court upon plaintiff's July 13, 2012 unopposed motion for attorney's fees, costs, and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and 28 U.S.C. § 1920. Dkt. 23. The Court RECOMMENDS that the plaintiff's motion, Dkt. 23, be GRANTED, and that the Equal Access to Justice Act ("EAJA") attorney's fees of $4,999.00, costs of $5.10, and expenses in the amount of $21.49 be awarded pursuant to *Astrue v. Ratliff*, 552 U.S. 1193, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010), and 28 U.S.C. § 1920. If it is determined that the plaintiff's EAJA fees are not subject to any offset allowed under the U.S. Department of Treasury's offset program, then the check for the EAJA fees totaling $5,025.29 should be made payable directly to the plaintiff's counsel at the law office of Steven

REPORT AND RECOMMENDATION
PAGE - 1

M. Robey, pursuant to the plaintiff's assignment of EAJA fees to counsel.  A proposed order accompanies this Report and Recommendation.

DATED this 20th day of August, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2