THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID S. VEATCH,, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security,, <br><br> Defendant. | CASE NO. C11-1838-JCC <br><br> ORDER |

The Court, after careful consideration of Plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue (Dkt. No. 26), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 26).

(2) Plaintiff's motion, Dkt. No. 23, is GRANTED, and the Equal Access to Justice Act ("EAJA") attorney's fees of $4,999, costs of $5.10, and expenses in the amount of $21.49 are awarded pursuant to *Astrue v. Ratliff*, 552 U.S. 1193, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010), and 28 U.S.C. § 1920. If it is determined that the plaintiff's EAJA fees are not subject to any offset allowed under the U.S. Department of Treasury's offset program, then the check for the EAJA fees totaling $5,025.29 should be made payable directly to the plaintiff's counsel at the

law office of Steven M. Robey, pursuant to the plaintiff's assignment of EAJA fees to counsel.

DATED this 27th day of August 2012.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2